# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MARK A. BUCKLEY**, | : | Case No. 1:21-cv-00637-MWM |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| **U.S. BANK NATIONAL ASSOCIATION**, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by agreement of the parties herein, Plaintiff Mark A. Buckley and Defendant U.S. Bank National Association, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's lawsuit and any other claims against Defendant with prejudice.  Each party to bear its own costs, expenses and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth Asbury Newman* | */s/ Neal Shah (per e-mail auth.)* |
| Elizabeth Asbury Newman (0096921) | Neal Shah (0082672) |
| Kelly Mulloy Myers (0065698) | Frost Brown Todd LLC |
| FREKING MYERS & REUL LLC | 3300 Great American Tower |
| 600 Vine Street, 9th Floor | 301 East Fourth Street |
| Cincinnati, OH 45202 | Cincinnati, OH 45202 |
| (513) 721-1975 (telephone) | (513) 651-6800 |
| (513) 651-2570 (facsimile) | (513) 651-6981 (facsimile) |
| enewman@fmr.law | nshah@fbtlaw.com |
| kmyers@fmr.law | |
| | Jennifer A. Rulon (0093078) |
| *Attorneys for Plaintiff Mark A. Buckley* | Frost Brown Todd LLC |
| | 9277 Centre Pointe Drive, Suite 300 |
| | West Chester, OH 45069 |
| | (513) 870-8200 |
| | (513) 870-0999 (facsimile) |
| | jrulon@fbtlaw.com |
| | |
| | *Attorneys for Defendant U.S. Bank National Association* |

0100652.0749063   4878-5614-1316v2